

ORDERED in the Southern District of Florida on April 4, 2022.



**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                     Case No: 16-24248-EPK
                                                           Chapter 13

RONALD SPENCER
SSN.: XXX-XX-6750

                   Debtor.           /

**AGREED ORDER GRANTING IN PART AND DENYING IN PART DEBTOR'S** .
**MOTION TO DEEM MORTGAGE OBLIGATION CURRENT**

THIS CAUSE having come before the Court on the consent portion of the chapter 13 calendar on March 15, 2022 at 1:00 p.m. upon the Debtor's Motion to Deem Mortgage Obligation Current to Secured Creditor, U.S. Bank Trust National Association as Trustee of Chalet Series III Trust ("Motion") [ECF #126], and the Secured Creditor's Response to the Debtor's Motion [ECF #130].

Upon agreement of the Parties, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Debtor's Motion to Deem Mortgage Obligation Current to Secured Creditor ("Motion") is **GRANTED IN PART AND DENIED IN PART as follows based upon agreement of the Parties**.

2. As of March 15, 2022 the Debtor is current through February 28, 2022 and due for the March 1, 2022 contractual payment in the amount of $2,240.12 less a suspense balance of $47.32.

3. Secured Creditor shall send billing statements directly to the Debtor/borrower.

# # #

**Order Submitted by:**
Nadine V. White-Boyd, Esq.
White-Boyd Law, P.A.
1818 S. Australian Avenue, Suite 406
West Palm Beach, FL  33409
561-508-3042

Nadine V. White-Boyd shall serve a conformed copy of this Order to all interested parties and file a Certificate of Service of same.